1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  TRACY SMITH,                          No. CIV S-11-0198 CMK P

12            Plaintiff,

13        vs.

14  CALIFORNIA DEPARTMENT OF              ORDER
    CORRECTIONS, et al.,
15
            Defendants.
16  _____/

17        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18  to 42 U.S.C. § 1983.[1]  In his complaint, plaintiff alleges violations of his civil rights by

19  defendants.  The alleged violations took place in Tuolumne County, which is part of the Fresno

20  Division of the United States District Court for the Eastern District of California.  See Local Rule

21  120(d).

22        Pursuant to Local Rule 120(f), a civil action which has not been commenced in

23  the proper division of a court may, on the court's own motion, be transferred to the proper

24  division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25  _____

26        [1] Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee.

1

1  court.

2          Good cause appearing, IT IS HEREBY ORDERED that:

3          1.  This action is transferred to the United States District Court for the Eastern

4  District of California sitting in Fresno; and

5          2.  All future filings shall reference the new Fresno case number assigned and

6  shall be filed at:

7                  United States District Court
                   Eastern District of California
8                  2500 Tulare Street
                   Fresno, CA 93721
9

10  DATED:  February 2, 2011

11

12                                                  CRAIG M. KELLISON
                                                    UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26