UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRACY SMITH, | ) | 1:11-cv-00193-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION FOR |
| | ) | COURT ORDER DIRECTING PRISON |
| v. | ) | TO PROVIDE PLAINTIFF ACCESS TO |
| | ) | THE LAW LIBRARY |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) | (Doc. 10.) |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 3, 2011, Plaintiff filed a motion for a court order directing the prison to allow him access to the law library, to enable him to comply with court orders in this action. (Doc. 10.)

The court recognizes that prison administrators "should be accorded wide-ranging deference in the adoption and execution of policies and practices that in their judgment are needed to preserve internal order and discipline and to maintain institutional security." Whitley v. Albers, 475 U.S. 312, 321-322 (1986) (*quoting* Bell v. Wolfish, 441 U.S. 520, 547 (1970). Accordingly, the court shall defer to the prison's policies and practices in granting access to the law library. Moreover, Plaintiff does not presently require access to the law library to comply with court orders in this action. Plaintiff's only pending deadlines pursuant to court orders in this action are (1) to submit an application to proceed in forma pauperis or pay the filing fee; and (2) to indicate whether he wishes to voluntarily dismiss this action.

1 | Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for a court order
2 | directing the prison to allow him access to the law library is DENIED.
3 | IT IS SO ORDERED.
4 | Dated: March 14, 2011      /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE